UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 18-cr-00309** |
| **VERSUS** | : | **JUDGE JAMES** |
| **RYAN TAYLOR** | : | **MAGISTRATE JUDGE KAY** |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [doc. #25], and in the transcript previously filed herein, [doc. #26] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [doc. #21], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **RYAN TAYLOR** on February 15, 2019 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Monroe, Louisiana this 22nd day of February, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE